IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STRAUSS FARMS INC., )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>BURLISON GIN COMPANY, et al )<br>)<br>)<br>)<br>Defendant(s). ) | Case No.  03-4046-RDR |

<u>CLERK'S CERTIFICATE OF DESTRUCTION</u>

The following described exhibits, sealed documents and or filed depositions have been destroyed as authorized by Local Rule 79.3 of the United States District Court for the District of Kansas:

☑ See attached exhibit list.

☐ See list below.

_____
_____
_____
_____
_____
_____
_____

Date of Destruction: _____ ~~8/3/06~~ 8-11-06 _____

RALPH L. DeLOACH, CLERK

BY: *Mary Eddill*
Deputy Clerk



"Marc Powell" &lt;MPowell@powellbrewer.com&gt;

08/04/2006 02:28 PM

To &lt;mary_beth_hill@ksd.uscourts.gov&gt;
cc
bcc
Subject  Strauss Farms v Burlison Gin: Exhibits

**This is to confirm that you have our permission to discard all of the plaintiff's exhibits in the Strauss Farms case.**

**Marc Powell**
**Attorney for Strauss Farms**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STRAUSS FARMS INC

         Plaintiff,
 v.               CASE NO. 03-4046-RDR
BURLISON GIN COMPANY, et al

         Defendants.

## RECEIPT

Receipt is hereby acknowledged of _____PLAINTIFF_____
for _exhibits_____ in the above entitled case.

SEE PLAINTIFF'S EXHIBIT LIST ATTACHED

Dated at _____ this _____ day of ____June____ , _2006_ .

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT TOPEKA

**STRAUSS FARMS, INC**
   **Plaintiff**

v                                         Case number: 03–4046-RDR

**BURLISON GIN COMPANY, INC**
   **Defendant**

### PLAINTIFF'S EXHIBIT LIST

| NO. | DESCRIPTION | OFF | ADM | WITNESS |
|---|---|---|---|---|
| A | Diagram of Morton Bldg | x | x | Wells |
| A1 | Enlargement of A | x | x | Schuck |
| B | Ron Wells' photos (1-52) | x | x | Wells |
| C | Photos of Test Burns | x | x | Wells |
| D | 10 pgs re: cost estimates to replace items lost in fire | x | x | Strauss |
| E | | | | |
| E1 | | | | |
| E2 | Enlargement of Wells photo of scene | x | x | Burgis |
| E3 | Enlargement of Wells photo of scene | x | x | Burgis |
| E4 | | | | |

| | | | | |
|---|---|---|---|---|
| E5 | Enlargement of Wells photo of scene | x | x | Burgis |
| E6 | Enlargement of Wells photo of scene | x | x | Burgis |
| E7 | Enlargement of Wells photo of scene | x | x | Burgis |
| E8 | Enlargement of Wells photo of scene | x | x | Burgis |
| E9 | Enlargement of Wells photo of scene | | | |
| E10 | Enlargement of Wells photo of scene | | | |
| E11 | Enlargement of Wells photo of scene | | | |
| E12 | Enlargement of Wells photo of scene | | | |
| E 13 | | | | |
| E14 | | | | |
| E15 | Enlargement of Photo of scene | | | |
| E16 | | | | |
| E17 | | | | |
| E18 | | | | |
| E19 | | | | |
| E20 | | | | |
| E21 | | | | |
| E22 | | | | |
| E23 | | | | |
| E24 | | | | |
| E25 | | | | |
| E26 | | | | |

| | | | | |
|---|---|---|---|---|
| E27 | | | | |
| E28 | | | | |
| E29 | | | | |
| E30 | | | | |
| E31 | | | | |
| E32 | | | | |
| E33 | | | | |
| E34 | | | | |
| E35 | | | | |
| E36 | | | | |
| E37 | | | | |
| E38 | | | | |
| E39 | | | | |
| E40 | | | | |
| E41 | Enlargement of Wells photo of scene | x | x | Schuck |
| E42 | | | | |
| E43 | | | | |
| E44 | | | | |
| E45 | | | | |
| E46 | Enlargement of Wells photo of scene | x | x | Wells |
| E47 | Enlargement of Wells photo of scene | x | x | Wells |
| E48 | Enlargement of Wells photo of scene | x | x | Wells |

| | | | | |
|---|---|---|---|---|
| E49 | Enlargement of photo of scene | x | x | Burgis |
| E50 | | | | |
| E51 | | | | |
| E52 | | | | |
| F | Fire Marshal's report | x | x | Blevins |
| F1 | Fire Marshal's photos | | | |
| F2 | Fire Marshal photo | | | |
| F3 | Enlargement of Pg 3 of Blevin's report x | x | | Blevins |
| F4 | Fire Marshal's photos | | | |
| F5 | Fire Marshal's photo | | | |
| F6 | Fire Marshal's photo | | | |
| G | Group of Blevins photos G1 thru | x | x | Blevins |
| H | Group of Blevins photos H1 thru | x | x | Blevins |
| H1 | Test Burn Photos | | | |
| H2 | | | | |
| H3 | | | | |
| H4 | | | | |
| H5 | | | | |
| H6 | | | | |
| H7 | | | | |
| H8 | | | | |
| H9 | | | | |

H10

H11

H12

H13        Enlargement of photo                    x     x           none

H14

H15

H16

H17

H18

H19

H20

H21

H22

H23

H24

H25

H26

H27

H28

H29

H30

H31

| | | | | | |
|---|---|---|---|---|---|
| H32 | | | | | |
| I | | | | | |
| I1 | Photo of seed house | x | x | | Kelley |
| I2 | Photo of seed house | x | x | | Kelley |
| I3 | Photo of seed house | x | x | | Kelley |
| I4 | Photo of seed house | x | x | | Kelley |
| J | Photo of new Morton bldg | | | | |
| K | Bucket of cotton seed (Wells) | x | x | | Wells |
| K1 | | | | | |
| K2 | | | | | |
| K3 | | | | | |
| K4 | | | | | |
| K5 | Enlargement of photo of new Morton bldg | | x | x | Schuck |
| K6 | Enlargement of photo of new Morton bldg | | x | x | Schuck |
| K7 | | | | | |
| K8 | Enlargement of photo of new Morton bldg | | x | x | Schuck |
| K9 | Enlargement of photo of new Morton bldg | | | | |
| K10 | Enlargement of photo of new Morton bldg | | x | x | Schuck |
| K11 | Enlargement of photo of new Morton bldg | | x | x | Schuck |
| L | Chart prepared during trial | | | | |
| M | | | | | |
| N | | | | | |

O

P

Q

R

S           Video of fire scene

T           Video of test burns